FILED
2013 Jul-05  AM 09:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JADY PIPES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.  5:12-CV-2885-JHE |
| | ) | |
| THE  CITY  OF  FALKVILLE, | ) | |
| ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On May 3, 2013, the Magistrate Judge filed his Report and Recommendation, (doc. 17), recommending that defendant's Motion for Partial Judgment on the Pleadings, (doc. 14), be denied.  Neither party filed timely written objections to the Report and Recommendation.

The court has carefully reviewed and considered all the materials in the court's file, including the Magistrate Judge's Report and Recommendation.  Based on its review, the court is of the opinion that the Magistrate Judge's Recommendation is due to be and hereby is **ADOPTED**.  Defendant's Motion for Partial Judgment on the Pleadings, (doc. 14), is **DENIED**.

**DONE**, this 3rd day of July, 2013.

*Sharon Lovelace Blackburn*

SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE